# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1577

James John Rud, on behalf of themselves and all others similarly situated and Brian K. Hausfeld, on behalf of themselves and all others similarly situated

Appellees

v.

Nancy Johnston, Executive Director, Minnesota Sex Offender Program, in official capacity and Jodi Harpstead, Department of Human Services Commissioner, in official capacity

Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-00486-JRT)

---

**ORDER**

The district court's order of March 22, 2023, is temporarily stayed pending receipt and consideration of appellees' response to appellants' motion for stay pending appeal.

April 04, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans